Mahadhi Corzano Esq. (SBN 254905)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
mcorzano@consumerlawcenter.com
Attorneys for Plaintiff,
AMY GREENLEAF

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AMY GREENLEAF,<br>           Plaintiff,<br><br>     vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.           Defendant. | Case No.: **2:10-cv-05719-PSG -FFM**<br><br>**NOTICE OF SETTLEMENT** |

NOW COMES the Plaintiff, AMY GREENLEAF, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

   Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Respectfully Submitted,

DATED: April 28, 2011          KROHN & MOSS, LTD.


                               By: /s/ Mahadhi Corzano                _

                                   Mahadhi Corzano
                                   Attorney for Plaintiff



**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on April 28, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.



                               By:    /s/ Mahadhi Corzano   _
                                      Mahadhi Corzano, Esq.