DAVID J. KAMINSKI (SBN 128509)
KaminskiD@cmtlaw.com
ROBERT D. BERGLUND (SBN 234081)
BerglunR@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Boulevard, Suite 1214
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
BUREAU OF COLLECTION RECOVERY, LLC,
erroneously sued as BUREAU OF COLLECTION
RECOVERY, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GREENLEAF,<br><br>        Plaintiff,<br><br>vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.,<br><br>        Defendant. | CASE NO. 10-cv-05719-PSG (FFMx)<br><br>**STIPULATION RE: DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE, PURSUANT TO FRCP 41(a)(1)** |

    **IT IS HEREBY STIPULATED BY AND BETWEEN** Defendant

BUREAU OF COLLECTION RECOVERY, LLC ("Defendant"), by and through its

respective counsel of record, CARLSON & MESSER LLP, and by Plaintiff AMY

GREENLEAF ("Plaintiff"), by and through her respective counsel of record,

KROHN & MOSS, LTD, that Plaintiff shall dismiss, with prejudice, the above-

/ / /

/ / /

/ / /

---

1

STIPULATION RE: DISMISSAL OF
ENTIRE ACTION

1  entitled lawsuit in entirety as to all parties named therein, pursuant to FRCP

2  41(a)(1).

3  DATED: May 16, 2011                    **KROHN & MOSS, LTD**

4

5

6                                          By:    /s/ Mahadhi Corzano
7                                                 Mahadhi Corzano
                                                  Attorneys for Plaintiff,
8                                                 AMY GREENLEAF

9

10 DATED: May 16, 2011                    **CARLSON & MESSER LLP**

11

12

13                                         By:    /s/ Robert D. Berglund
                                                  David J. Kaminski
14                                                Robert D. Berglund
                                                  Attorneys for Defendant,
15                                                BUREAU OF COLLECTION
                                                  RECOVERY, LLC
16

17

18

19

20

21

22

23

24

25

26

27

28

CARLSON & MESSER LLP
5959 W. CENTURY BOULEVARD, SUITE 1214
LOS ANGELES, CALIFORNIA 90045

2

06442.00:174529