E-FILED 05/18/11
JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY GREENLEAF,<br><br>    Plaintiff,<br><br>vs.<br><br>BUREAU OF COLLECTION RECOVERY, INC.,<br><br>    Defendant. | CASE NO. 10-cv-05719-PSG (FFMx)<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION RE DISMISSAL OF ENTIRE ACTION AND ALL PARTIES, WITH PREJUDICE** |

The Court has reviewed the Stipulation of Defendant BUREAU OF COLLECTION RECOVERY, LLC ("Defendant"), by and through its respective counsel of record, CARLSON & MESSER LLP, and by Plaintiff AMY GREENLEAF ("Plaintiff"), by and through her respective counsel of record, KROHN & MOSS, LTD, to dismiss the above-entitled action, with prejudice, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

1. That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41(a)(1). Each party shall bear their own costs and expenses.

**IT IS SO ORDERED:**

DATED: 05/17/11

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT COURT JUDGE